WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NATHAN MEDINA

      Plaintiff(s),

Case No. 1:18-cv-01111

v.

Hon. Paul L. Maloney

TOM LEONARD, et al.

      Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **The Doctors Company Insurance Serv** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   The Doctors Company, an Interinsurance Exchange is the sole shareholder of The Doctors Company Insurance Services, LLC.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 11/02/2018

/s/ Jaclyn R. Giffen
(Signature)