UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATHAN MEDINA,**

        Plaintiff,

vs.

Case No. 1:18-cv-01111
Hon. Janet T. Neff
Mag. Ellen S. Carmody

**TOM LEONARD,** Michigan State Representative,
in his official and individual capacity**, THE DOCTORS COMPANY INSURANCE SERVICES, LLC**, and
**THE DOCTORS MANAGEMENT COMPANY,**
joint and severally,

        Defendants.
_____/

| | |
|---|---|
| Jack W. Schulz (P78078) | Timothy H. Howlett (P24030) |
| Elizabeth A. Gotham (P79058) | Christina K. McDonald (P73517) |
| SCHULZ GOTHAM PLC | DICKINSON WRIGHT PLLC |
| PO Box 44855 | 500 Woodward Avenue, Suite 4000 |
| Detroit, MI 48244 | Detroit, Michigan 48226 |
| (313) 652-1906 | (313) 223-3500 |
| egotham@schulzgotham.com | thowlett@dickinsonwright.com |
| jackwschulz@gmail.com | cmcdonald@dickinsonwright.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Tom Leonard* |
| | |
| | Jaclyn R. Giffen (P75316) |
| | LITTLER MENDELSON, P.C. |
| | 200 Renaissance Center, Suite 3110 |
| | Detroit, Michigan 48243 |
| | (313) 202-3261 |
| | jgiffen@littler.com |
| | *Attorneys for Defendants The Doctors Company Insurance Services and The Doctors Management Company* |

_____/

**STIPULATED ORDER TO EXTEND SCHEDULING ORDER DEADLINES**

NOW COMES the parties in the above referenced matter and do hereby stipulate to extend the deadline to Disclose non-damage related experts set forth within the Court's February 7, 2019 Scheduling Order (DOC NO. 18).

IT IS HEREBY ORDERED that Plaintiff's deadline for naming non-damage related experts set forth in this Court's February 7, 2019 Scheduling Order will be extended until May 15, 2019.

IT IS HEREBY ORDERED that Defendants' deadline for naming non-damage related experts set forth in this Court's February 7, 2019 Scheduling Order will be extended until May 29, 2019.

IT IS HEREBY ORDERED that Plaintiff's deadline for providing non-damage related expert reports set forth in this Court's February 7, 2019 Scheduling Order will be extended until June 15, 2019.

IT IS HEREBY ORDERED that Defendants' deadline for providing non-damage related expert reports set forth in this Court's February 7, 2019 Scheduling Order will be extended until June 29, 2019.

IT IS HEREBY ORDERED.

HONORABLE JANET T. NEFF
U.S. District Court Judge

Approved as to form and content:

Dated:     4/19/19

    /s/ Jack W. Schulz            .
Jack W. Schulz (P78078)
Elizabeth A. Gotham (P79058)
SCHULZ GOTHAM PLC
PO Box 44855
Detroit, MI 48244
(313) 652-1906
jackwschulz@gmail.com
egotham@schulzgotham.com
*Attorneys for Plaintiff*

Dated:     4/19/19

/s/ Timothy Howlett (*w/ permission*)
Timothy H. Howlett (P24030)
Christina K. McDonald (P73517)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
thowlett@dickinsonwright.com
cmcdonald@dickinsonwright.com
*Attorneys for Defendant Tom Leonard*

Dated:     4/19/19

/s/ Jaclyn R. Giffen (*w/ permission*)
Jaclyn R. Giffen (P75316)
LITTLER MENDELSON, P.C.
200 Renaissance Center, Suite 3110
Detroit, Michigan 48243
(313) 202-3261
jgiffen@littler.com
*Attorneys for Defendants The Doctors Company Insurance Services and The Doctors Management Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the April 19, 2019, I electronically filed the foregoing document with the Clerk using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jack W. Schulz
Jack W. Schulz (P78078)