UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN MEDINA,

    Plaintiff,

v.

TOM LEONARD, et al.,

    Defendants.

_____/

Case No. 1:18-cv-1111

HON. JANET T. NEFF

## ORDER

Pending before the Court is the parties' Proposed Stipulated Order to Extend Scheduling Order Deadlines (ECF No. 29). Requests for extending time in civil cases may be granted upon good cause shown. FED. R. CIV. P. 6(b)(1). In addition, a scheduling order "may be modified only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4). The parties have failed to provide any explanation for their request to extend the scheduling order dates, and have thus failed to show good cause for granting an extension. For this reason, the proposed stipulated order is denied without prejudice. Accordingly:

**IT IS HEREBY ORDERED** that the Proposed Stipulated Order to Extend Scheduling Order Deadlines (ECF No. 29) is DENIED without prejudice.

Dated: April 23, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge