UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN MEDINA,

    Plaintiff,

v.

TOM LEONARD, Michigan State Representative, in his official and individual capacity, THE DOCTORS MANAGEMENT COMPANY, jointly and severally,

    Defendants.

CASE NO.  1:18-cv-01111
HON. JANET T. NEFF
MAG. ELLEN S. CARMODY

---

| | |
|---|---|
| Jack W. Schulz (P78078)<br>Elizabeth A. Gotham (P79058)<br>SCHULZ GOTHAM PLC<br>*Attorneys for Plaintiff*<br>P.O. Box 44855<br>Detroit, Michigan 48244<br>(313) 652-1906<br>jackwschulz@gmail.com<br>egotham@schulzgotham.com | Timothy H. Howlett (P24030)<br>Christina K. McDonald (P73517)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendant Tom Leonard*<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500<br>thowlett@dickinsonwright.com<br>cmcdonald@dickinsonwright.com |
| | Jaclyn R. Giffen (P75316)<br>LITTLER MENDELSON, P.C.<br>*Attorneys for Defendant*<br>*The Doctors Management Company*<br>200 Renaissance Center, Suite 3110<br>Detroit, Michigan 48243<br>(313) 202-3261<br>jgiffen@littler.com |

## ~~SECOND~~ STIPULATED ORDER TO
## EXTEND SCHEDULING ORDER DEADLINES

NOW COME the Parties in the above referenced matter and do hereby stipulate to extend the deadline to disclose non-damages related experts set forth within the Court's February 7, 2019 Scheduling Order (DOC NO. 18).

The Parties request this extension to accommodate a requested extension for Defendant The Doctors Management Company to produce its responses, including ESI documents, to Plaintiff's Requests for Production of Documents.  The discovery extension was granted in good faith in an attempt to avoid unnecessary motions.  However, the extension does not allow Plaintiff's counsel the proper time required to review documents to determine whether a non-damages expert is required as the expert would be retained for the purposes of analyzing these produced documents and related electronic storage.  Further, until the documents are reviewed, it is unclear whether the expert will be required in Michigan or California.  At the time of this filing, Plaintiff does not possess Defendant The Doctors Management Company's discovery responses.  A minimal extension related to the non-damages expert deadlines will allow the parties the time needed to review discovery responses and documents produced and determine if non-damages experts are needed.  This extension will not impact any other scheduling date.

-3-

IT IS HEREBY ORDERED that Plaintiff's deadline for naming non-damages related experts set forth in this Court's February 7, 2019 Scheduling Order will be extended until May 15, 2019.

IT IS HEREBY ORDERED that Defendants' deadline for naming non-damages related experts set forth in this Court's February 7, 2019 Scheduling Order will be extended until May 29, 2019.

IT IS HEREBY ORDERED that Plaintiff's deadline for providing non-damages related expert reports set forth in this Court's February 7, 2019 Scheduling Order will be extended until June 15, 2019.

IT IS HEREBY ORDERED that Defendants' deadline for providing non-damages related expert reports set forth in this Court's February 7, 2019 Scheduling Order will be extended until June 29, 2019.

IT IS HEREBY ORDERED.

Dated: April 26, 2019            /s/ Janet T. Neff
                                 HONORABLE JANET T. NEFF
                                 U.S. District Court Judge

Approved as to form and content:

| | |
|---|---|
| Dated:       4/24/19 | Dated:       4/24/19 |
| /s/ Jack W. Schulz | /s/ Timothy Howlett (*w/ permission*) |
| Jack W. Schulz (P78078) | Timothy H. Howlett (P24030) |
| Elizabeth A. Gotham (P79058) | Christina K. McDonald (P73517) |
| SCHULZ GOTHAM PLC | DICKINSON WRIGHT PLLC |
| PO Box 44855 | 500 Woodward Avenue, Suite 4000 |
| Detroit, MI 48244 | Detroit, Michigan 48226 |
| (313) 652-1906 | (313) 223-3500 |
| jackwschulz@gmail.com | thowlett@dickinsonwright.com |
| egotham@schulzgotham.com | cmcdonald@dickinsonwright.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Tom Leonard* |

Dated:       4/24/19

/s/ Jaclyn R. Giffen (*w/ permission*)
Jaclyn R. Giffen (P75316)
LITTLER MENDELSON, P.C.
200 Renaissance Center, Suite 3110
Detroit, Michigan 48243
(313) 202-3261
jgiffen@littler.com
*Attorneys for Defendants The Doctors Management Company*

## ~~CERTIFICATE OF SERVICE~~

~~I HEREBY CERTIFY that on the April 24, 2019, I electronically filed the foregoing document with the Clerk using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic~~

-4-